UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TECHNOLOGY APPLICATIONS LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>AVEGANT CORP,<br><br>             Defendants. | Civil Action No. 5:16-CV-00627 (FJS/TWD)<br><br>**STIPULATION OF DISMISSAL** |

    PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Technology Applications LLC and Defendant Avegant Corp. hereby stipulate to the dismissal, with prejudice, of all claims, defenses, and counterclaims pending in this action on the basis of a settlement between the parties.  Each party is to bear its own attorney's fees and costs.

Dated:  November 16, 2016

| | |
|---|---|
| **HARRIS BEACH PLLC**<br>*Attorneys for Plaintiff*<br><br>s/James R. Muldoon<br>James R. Muldoon (506772)<br>333 W. Washington Street, Suite 200<br>Syracuse, NY 13202<br>Tel: (315) 423-7100<br>Fax: (315) 423-9331 | **SWANSON & BRATSCHUM LLC**<br>*Attorneys for Defendant*<br><br>s/Ian L. Saffer<br>Ian L. Saffer<br>8210 Southpark Terrace<br>Littleton, CO 80120<br>Tel: (303) 268-0066<br>Fax: (303) 268-0065 |

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: November 17, 2016
           Syracuse, NY